

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2014

No. 04-14-00539-CV

Randall Carlton **ORNDOFF**,
Appellant

v.

Terri Lee **ITALIAN**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 04-1876-CV
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

The court has been informed that the court reporter has received payment. The reporter's record must be filed no later than September 15, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2014.

_____
Keith E. Hottle
Clerk of Court